[No. 36938-9-II.  Division Two.  April 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAYLON E. RHODEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02160-0, Chris Wickham, J., entered November 5, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 36998-2-II.  Division Two.  April 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVINO MARTIN PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00973-0, Gary R. Tabor, J., entered November 21, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 37092-1-II.  Division Two.  April 28, 2009.]

S&S CONSTRUCTION, INC., *Appellant*, v. ADC PROPERTIES, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-07973-1, Vicki L. Hogan, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ. Now published at 151 Wn. App. 247.